In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00211-CR
_____

BOBBY MITCHELL ZACHERY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11234

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Bobby Mitchell Zachery pleaded guilty to failure to comply with sex offender registration requirements. The trial court found the evidence sufficient to find Zachery guilty, but deferred further proceedings, placed Zachery on community supervision for five years, and assessed a fine of $500. The State subsequently filed a motion to revoke Zachery's unadjudicated community supervision. Zachery pleaded "true" to three violations of the conditions of his community supervision. The trial court found that Zachery

had violated the conditions of his community supervision, found Zachery guilty of failure to comply with sex offender registration requirements, and assessed punishment at five years of confinement.

Zachery's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On July 14, 2014, we granted an extension of time for Zachery to file a *pro se* brief. We received no response from Zachery. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 15, 2014
Opinion Delivered November 12, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]Zachery may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.